UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GAILON LAMAROUS APPLEWHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-CV-282 ACL |
| ) | |
| SCOTT COUNTY JAIL, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On February 17, 2017, summons was returned unexecuted as to defendant Unknown Ward because defendant is no longer employed at the Scott County Jail and the United States Marshals Service could not locate defendant. As a result, plaintiff must provide the Court with an address where defendant Ward can be served with process, or the Court will dismiss defendant Ward from this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than fourteen (14) days from the date of this Order, plaintiff must provide the Court with an address where Unknown Ward can be served with process.

**IT IS FURTHER ORDERED** that if plaintiff does not comply with this Order, defendant Ward will be dismissed.

Dated this 10th day of March, 2017.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE